CO-386
Rev. 10/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER <br> 1718 Connecticut Ave., NW <br> Suite 200 <br> Washington, DC 20009 <br><br> Plaintiff, <br><br> v. <br><br> CUSTOMS AND BORDER PROTECTION <br> 1300 Pennsylvania Ave. NW <br> Washington, DC 20229 <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company holds more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____/s/ Ginger P. McCall_____
Ginger P. McCall, Esquire (DC Bar #1001104)
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009
202-483-1140