CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
_____
    Plaintiff(s)

Civil Action No. 1:14-cv-01217 (RBW)

vs.

Customs and Border Protection
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ginger P. McCall_____, hereby state that:

On the __31st__ day of __July_____, __2014__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States Attorney General, Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530

I have received the receipt for the certified mail, No. __70133020000149023357__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __5th__ day of __August_____, __2014__.

I declare under penalty of perjury that the foregoing is true and correct.

__August 12, 2014__                      __/s/ Ginger P. McCall__
(Date)                                           (Signature)