English    Customer Service    USPS Mobile                                        Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70133020000149023357**

Expected Delivery Day: **Friday, August 1, 2014**

## Product & Tracking Information

**Postal Product:**           **Features:**
First-Class Mail®              Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 5, 2014, 5:23 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:23 am on August 5, 2014 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| August 4, 2014, 12:40 pm | Available for Pickup | WASHINGTON, DC 20530 |
| August 4, 2014, 12:31 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| August 1, 2014, 6:29 am | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| July 31, 2014, 10:47 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |
| July 31, 2014, 5:49 pm | Departed Post Office | WASHINGTON, DC 20009 |
| July 31, 2014, 4:52 pm | Acceptance | WASHINGTON, DC 20009 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

What's your tracking (or receipt) number?

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

USPS.COM | Copyright© 2014 USPS. All Rights Reserved.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7013 3020 0000 1490 3357

**Sent To** ATTORNEY GENERAL FOR THE US, DEP'T OF JUSTICE
**Street, Apt. No.; or PO Box No.** 950 PENNSYLVANIA AVE NW
**City, State, ZIP+4** WASHINGTON, DC 20530-001

PS Form 3800, August 2006                   See Reverse for Instructions