UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Electronic Privacy Information Center,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case 1:14-cv-01217 (RBW) |
| ) | |
| **U.S. Customs and Border Protection,** ) | |
| ) | |
| **Defendant.** ) | |

I, Daniel F. Van Horn, do hereby declare that:

1. I am an Assistant United States Attorney for the District of Columbia. I have held that position since 1992. I am currently assigned as the Chief of the Office's Civil Division. I have been a practicing attorney in public and private sector positions in the District of Columbia for more than 35 years.

2. Document 7 on the Court's electronic civil docket for the above-captioned civil action includes a Notice of Filing Proof of Service which includes an Affidavit of Mailing in which a representative of the plaintiff states:

> On the 31st day of July, 2014, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant: United States Attorney for the District of Columbia, c/o Civil Process Clerk, 555 4th St., NW; Washington, DC 20530. I have received the receipt for certified mail No. 70133020000149023340 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 4th day of August, 2014.

The return receipt referenced in the Affidavit of Mailing and a USPS Tracking print-out are also attached to Document 7. The USPS Tracking print-out states that item number 70133020000149023340 was delivered at 4:43 a.m. on August 4, 2014, to Washington, D.C. 20530.

3.      The United States Attorney's Office for the District of Columbia is located at 555 Fourth Street, NW, Washington, D.C., the address to which item number 70133020000149023340 was sent.   However, because of the safety precautions implemented in response to the anthrax attacks in 2001, mail addressed to our Office is initially routed through the main mail room for the Department of Justice.   This is accomplished through use of the ZIP Code 20530, and does at times result in delayed delivery of mail intended for our Office.

4.      Only certain employees of the United States Attorney's Office are authorized to receive service of civil actions on behalf of the United States Attorney.   None of the personnel who work at the Department of Justice's mail room are employees of our Office, none of them have been designated to function as a civil process clerk for our Office, and none of them are authorized to receive service of civil actions on behalf of the United States Attorney.

5.      Our Office's procedure for recording receipt of service in a civil action is for a civil process clerk or other authorized person to write the date on which he or she receives the summons and complaint and the name of the case and the civil action number in a calendar book (the "Service Book") maintained for that purpose.   I have reviewed the entries made in the Service Book starting on August 4, 2014, and found no entry reflecting receipt of the summons and complaint for the above-captioned civil action until August 13, 2014.   Accordingly, I believe that is the date on which a civil process clerk actually received the summons and complaint for the above-captioned civil action.

6.      The Civil Division of our Office also maintains a Certified Mail Log with the item numbers for all incoming certified mail received by the Civil Division.   I reviewed the entries made in that Certified Mail Log for the period starting on August 4, 2014, and found no entry reflecting receipt of item number 70133020000149023340 until August 11, 2014.   Accordingly, I

believe that to be the date on which the package containing the United States Attorney's service copy of the summons and complaint was received in the Civil Division, and so consider service on the United States Attorney to have been perfected on that date, *i.e.*, August 11, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2014.

*/s/ Daniel F. Van Horn*_____
DANIEL F. VAN HORN
