# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | Civil Action No: 14-1217 (RBW) |
| Plaintiff, | ) ) ) | ECF |
| v. | ) ) | |
| CUSTOMS AND BORDER PROTECTION, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Upon Consideration of Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, Plaintiff's response thereto, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant shall file an answer or otherwise respond to the complaint by October 6, 2014.

It is **SO ORDERED** this _____ day of _____, 2014.

                                    Reggie B. Walton
                                    United States District Judge