# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | Civil Action No:  14-1217 (RBW) |
| Plaintiff, | ) ) | ECF |
| v. | ) ) | |
| CUSTOMS AND BORDER PROTECTION, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's General Order and Guidelines for Civil Cases (ECF), Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Customs and Border Protection ("Defendant" or "CBP"), a component of the U.S. Department of Homeland Security ("DHS"), by and through undersigned counsel, have met and conferred about further proceedings in this case, which is brought under the Freedom of Information Act ("FOIA") and exempt from the requirements of Local Civil Rule 16.3.  *See* General Order at ¶ 5 n.5. The parties have agreed to certain deadlines for completion of document production and to advise the Court if it will be necessary to file motions for summary judgment.

Specifically, the parties have agreed that CBP should disclose non-exempt records responsive to EPIC's FOIA request on a rolling basis, and complete production by February 5, 2015.  The parties further propose filing a Joint Status Report with the Court by February 27, 2015 to schedule further briefing, if necessary.

Respectfully submitted,

_____/s/ Ginger McCall_____

Marc Rotenberg, D.C. Bar # 422825

Ginger McCall, D.C. Bar # 1001104

Khaliah Barnes, D.C. Bar # 1013978

ELECTRONIC PRIVACY

INFORMATION CENTER

1718 Connecticut Avenue, N.W.

Suite 200

Washington, D.C. 20009

(202) 483-1140 (telephone)

(202) 483-1248 (facsimile)

*Attorneys for Plaintiff*

RONALD C. MACHEN JR, DC Bar # 447889

United States Attorney for the District of
   Columbia

DANIEL F. VAN HORN, DC Bar # 924092

Chief, Civil Division

_____/s/John G. Interrante_____

JOHN G. INTERRANTE, PA Bar # 61373

Assistant United States Attorney

Civil Division

555 4th Street, NW, Room E-4808

Washington, DC  20530

Tel:     202.252.2519

Fax:     202.252.2599

Email: John.Interrante@usdoj.gov

*Attorneys for Defendant*