UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No: 1:14-cv-01217 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's February 17, 2016 order that Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Customs and Border Protection ("CBP") file a Joint Status Report, by March 18, 2016, detailing how the parties wish to proceed in this case in light of the Court's disposition of the parties' cross-motions for summary judgment, EPIC and CBP hereby submit the following Joint Status Report and proposed schedule:

1. CBP submitted a draft supplemental declaration and *Vaughn* Index to EPIC on March 15, 2016.

2. EPIC will review the draft supplemental declaration and *Vaughn* Index to determine whether CBP has met its burden to establish that the agency properly withheld documents pursuant to Exemption 7(E) of the Freedom of Information Act.

3. Accordingly, the Parties propose that the Court allow three weeks for EPIC to review the draft supplemental declaration and *Vaughn* Index and confer with CBP.

1

4.  The Parties will then file an additional Joint Status Report on April 8, 2016 detailing how the parties wish to proceed.

| | |
|---|---|
| Dated: March 18, 2016 | Respectfully submitted, |

| | |
|---|---|
| MARC ROTENBERG, D.C. Bar #422825<br>EPIC President | CHANNING D. PHILLIPS, D.C. Bar #415793<br>United States Attorney |
| ALAN BUTLER, D.C. Bar #1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| /s/ Khaliah Barnes<br>KHALIAH BARNES, D.C. Bar #1013978<br>EPIC Administrative Law Counsel<br>ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br>Email: barnes@epic.org | /s/ Patricia McBride<br>PATRICIA K. McBRIDE, PA Bar #54561<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-7502 (telephone)<br>(202) 514-8707 (facsimile)<br>Email: patricia.mcbride@usdoj.gov |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |