UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>   Plaintiff,<br><br>v.<br><br>CUSTOMS AND BORDER PROTECTION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No: 1:14-cv-01217 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's March 20, 2016 Minute Order, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Customs and Border Protection ("CBP") hereby submit the following Joint Status Report and proposed schedule:

1. CBP submitted a draft supplemental declaration and *Vaughn* Index to EPIC on March 15, 2016.

2. EPIC has reviewed the supplemental declaration and *Vaughn* Index.

3. EPIC continues to challenge the agency's Exemption 7(E) claims.

4. Accordingly, the Parties propose the following supplemental briefing schedule to resolve the disputed issues:

   | | |
   |---|---|
   | CBP's Motion for Summary Judgment | May 6, 2016 |
   | EPIC's Opposition and Cross-Motion for Summary Judgment | June 3, 2016 |
   | CBP's Reply and Opposition | July 1, 2016 |
   | EPIC's Reply | July 15, 2016 |

Dated: April 8, 2016

Respectfully submitted,

MARC ROTENBERG, D.C. Bar #422825
EPIC President

ALAN BUTLER, D.C. Bar #1012128
EPIC Senior Counsel

/s/ Khaliah Barnes
KHALIAH BARNES, D.C. Bar #1013978
EPIC Administrative Law Counsel
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
Email: barnes@epic.org
**Attorneys for Plaintiff**

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

/s/ Patricia McBride
PATRICIA K. McBRIDE, PA Bar #54561
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252 -7502 (telephone)
(202) 514 -8707 (facsimile)
Email: patricia.mcbride@usdoj.gov
**Attorneys for Defendant**