**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                         )
ELECTRONIC PRIVACY                       )
    INFORMATION CENTER               )
                                         )
        Plaintiff,                     )
                                         )
        v.                             )    Case No. 1:14-cv-01217-RBW
                                         )
U.S. CUSTOMS AND BORDER PROTECTION       )
                                         )
        Defendant.                     )
_____ )

**PLAINTIFF'S COMBINED OPPOSITION TO DEFENDANT'S MOTION FOR**
**SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

      Plaintiff Electronic Privacy Information Center hereby opposes Defendant United States

Department of Customs and Border Protection's Motion for Summary Judgment, and cross-

moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) for the reasons

set forth in the accompanying Memorandum of Points and Authorities.


Dated: June 3, 2016               Respectfully submitted,

                                  MARC ROTENBERG
                                  EPIC Executive Director

                                  ALAN JAY BUTLER
                                  EPIC Senior Counsel

                                  /s/ T. John Tran
                                  T. JOHN TRAN
                                  EPIC FOIA Counsel
                                  Electronic Privacy Information Center
                                  1718 Connecticut Ave., NW
                                  Suite 200
                                  Washington, DC 20009

                                  *Counsel for Plaintiff*