# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>  Plaintiff,<br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION<br><br>  Defendant. | )<br>)<br>)<br>)<br>)  No. 1:14-cv-01217-RBW<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon consideration of the parties cross-motions for summary judgment, it is hereby

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is **GRANTED** with respect to the withholding of redacted portions of Exhibits 1–3;

**ORDERED** the Defendant's Motion for Summary Judgment is **DENIED** with respect to the withholding of redacted portions of Exhibits 1–3 and **GRANTED** with respect to the withholding of all other documents. Defendant has until **[30 days after this order]** to produce the redacted portions of Exhibits 1–3 to Plaintiff.

Dated: _____

_____
Hon. Reggie B. Walton
United States District Judge