# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
　　　　　　　　Plaintiff

vs.　　　　　　　Civil Action No. 14-1217

Customs and Border Protection
　　　　　　　　Defendant

# NOTICE OF APPEAL

Notice is hereby given this __6th__ day of __April__, 20__17__, that __the Electronic Privacy Information Center__ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the __24th__ day of __March__, 20__17__ in favor of __Customs and Border Protection__ against said __Electronic Privacy Information Center__

　　　　　　　　　　　　　　　　　　s/ Alan Butler
　　　　　　　　　　　　　　　　　Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**　　Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Patricia K. McBride
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530