UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ELECTRONIC PRIVACY                  )
INFORMATION CENTER,                 )
                                    )
           Plaintiff,               )
                                    )
      v.                            )   Case No. 1:14-cv-01217-RBW
                                    )
U.S. CUSTOMS AND BORDER PROTECTION, )
                                    )
           Defendant.               )
_____ )

**JOINT STATUS REPORT AND PROPOSED SCHEDULE
FOLLOWING RESOLUTION OF THE APPEAL**

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Customs and Border Protection ("CBP") hereby submit the following joint status report following the D.C. Circuit order dismissing EPIC's appeal in this case.

1.  On March 24, 2017, this Court entered its final judgment granting CBP's Motion for Summary Judgment. EPIC then filed a Notice of Appeal to the D.C. Circuit.

2.  On April 7, 2017, EPIC filed an unopposed motion to Hold in Abeyance the Briefing on Attorneys Fees and Costs Pending the Resolution of the Appeal, which the Court granted in an April 12, 2017 Minute Order. The Court ordered "that the parties shall file a joint status report, which includes a proposed schedule governing the briefing of the plaintiff's claim for attorneys' fees and costs, no later than fourteen (14) days after the resolution of the appeal in this case."

3.  On August 1, 2017, the D.C. Circuit granted CBP's motion for summary affirmance.

1

Pursuant to the Court's April 14, 2017, Minute Order, the parties hereby propose that they will file a Joint Status Report on or before September 22, 2017, to update the Court on the status of the attorneys' fee and costs issue.

Dated: August 23, 2017

Respectfully submitted,

MARC ROTENBERG, D.C. Bar # 422825

/s/ Alan Butler
ALAN BUTLER, D.C. Bar # 1001104
Senior Counsel
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

*Counsel for Plaintiff*