**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:14-cv-01217-RBW ) |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) ) |
| Defendant. | ) ) ) |

# **[PROPOSED] ORDER**

Upon consideration of the Joint Status Report and Proposed Schedule, it is hereby ORDERED, that the parties will file a Joint Status report on or before September 22, 2017.

SO ORDERED.

Dated: _____          _____
                                                              Reggie B. Walton
                                                              United States District Judge