# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil No: 1:14-cv-01217 (RBW) |

## JOINT STATUS REPORT

Pursuant to this Court's August 28, 2017 order that Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Customs and Border Protection ("CBP") file a Joint Status Report detailing how the parties wish to proceed, EPIC and CBP hereby submit the following Joint Status Report.

1. The Parties have entered into a good-faith negotiation to resolve outstanding fees and costs in this case.

2. The Parties believe that additional time is necessary to resolve this issue without the need for further briefing.

3. Accordingly, the Parties propose that they continue their negotiations for an additional 30 days, with a joint status report due by October 23, 2017.

September 21, 2017                                   Respectfully submitted,

MARC ROTENBERG, D.C. Bar # 422825          CHANNING D. PHILLIPS, D.C. Bar #415793
EPIC President                                              United States Attorney

ALAN BUTLER, D.C. Bar # 1001104                DANIEL F. VAN HORN, D.C. Bar #924092
EPIC Senior Counsel                                       Chief, Civil Division

/s/ Jeramie D. Scott
JERAMIE D. SCOTT, D.C. Bar # 1025909
EPIC National Security Law Counsel
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
Email: jscott@epic.org

**Attorneys for Plaintiff**

/s/ Patricia McBride
PATRICIA K. McBRIDE, PA Bar #54561
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252 -7502 (telephone)
(202) 514 -8707 (facsimile)
Email: patricia.mcbride@usdoj.gov

**Attorneys for Defendant**